# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

MARK DEWAYNE HOLLINS,

> Plaintiff,

v.

C/O GITZELLE nad MARDELL PETRAS,

> Defendants.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-377-slc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

**PETER OPPENEER**

Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____11/24/08_____

Date